TENNANT et al. v. SMITH et al.

(Circuit Court of Appeals, Eighth Circuit.   May 1, 1893.)

No. 200.

Appeal from the United States Court in the Indian Territory.

In Equity.   Petition of intervention by Tennant, Walker & Co. in a creditors' suit brought by Rainwater, Boogher & Co. and others against Smith & French, Johnson Thompson, and Mrs. J. A. French. The interveners' petition was dismissed on demurrer, and they appeal. Reversed.

S. O. Hinds and W. C. Jackson, for appellants.

N. B. Maxey, Isaac H. Orr, and Harvey L. Christie, for appellee Orr-Lindsley Shoe Co.

W. T. Hutchings, L. P. Sandels, and Joseph M. Hill, for appellees except Smith & French, Johnson Thompson, and Jennie A. French.

Before CALDWELL and SANBORN, Circuit Judges, and THAYER, District Judge.

CALDWELL, Circuit Judge.   This case involves the same questions decided in Martin v. Rainwater, — U. S. App. ——, – C. C. A. ——, 56 Fed. Rep. 7, and is reversed on the authority of that case, and remanded with like instructions.